```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

RONALD D. LEONARD, *et al.*,

      Plaintiffs,

  v.                                    Case No. 2:10-CV-347
                                        JUDGE MARBLEY
ERNIE MOORE, *et al.*,              MAGISTRATE JUDGE KING

      Defendants.
_____

RONALD D. LEONARD,

      Plaintiff,

  v.                                      Case No. 2:10-CV-951
                                        JUDGE MARBLEY
ERNIE MOORE, *et al.*,              MAGISTRATE JUDGE KING

      Defendants.

## ORDER

    On November 16, 2012, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment be granted and this action be dismissed.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The defendants' motion for summary judgment is **GRANTED**.  These actions are hereby **DISMISSED.**

    **IT IS SO ORDERED.**

                                                          s/Algenon L. Marbley
                                                           Algenon L. Marbley
                                                            U. S. District Court Judge

DATED:  December 11, 2012