IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD D. LEONARD,** *et al.,*

      Plaintiffs,

  v.                                  Case No. 2:10-CV-347
                                      JUDGE MARBLEY
**ERNIE MOORE,** *et al.,*               MAGISTRATE JUDGE KING

      Defendants.
_____

**RONALD D. LEONARD,**

      Plaintiff,

  v.                                  Case No. 2:10-CV-951
                                      JUDGE MARBLEY
**ERNIE MOORE,** *et al.,*               MAGISTRATE JUDGE KING

      Defendants.

<u>**ORDER**</u>

     On November 16, 2012, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment be granted and this action be dismissed.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

     The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**  The defendants' motion for summary judgment is **GRANTED**.  These actions are hereby **DISMISSED.**

     **IT IS SO ORDERED.**

                                                              s/Algenon L. Marbley
                                                              Algenon L. Marbley
                                                              U. S. District Court Judge

DATED:  December 11, 2012